UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SPRINGER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CODE REBEL CORPORATION, ARBEN KRYEZIU, and REID DABNEY,<br><br>Defendants. | No.: 1:16-cv-03492-AJN<br><br>NOTICE OF NON-OPPOSITION TO MOTION OF ADRIAN YBARRA AND WILLIAM TRAN FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL AND IN OPPOSITION TO COMPETING MOTIONS |

Lead Plaintiff Movants Adrian Ybarra and William Tran (collectively, "Movants") respectfully submit this Notice of Non-Opposition to their pending Motion for Appointment as Lead Plaintiff and Approval of Counsel.

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), any party seeking appointment as lead plaintiff in the above-captioned matter was required to so move this Court on or before July 11, 2016. On July 11, 2016, Movants filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel, stating that they had suffered financial losses of nearly $98,000 in connection with their purchases of the securities of Code Rebel Corporation ("Code Rebel" or the "Company") between August 17, 2015 and May 5, 2016, both dates inclusive (the "Class Period"). (ECF Nos. 23, 25.) On the same day, three competing movants filed similar motions: Larry Strowbridge ("Strowbridge"), claiming losses of nearly $70,000 (ECF Nos. 31, 32); George Torres ("Torres"), claiming losses of nearly $54,000 (ECF Nos. 24, 26); and Afaq Shaik ("Shaik"), claiming losses of nearly $22,000 (ECF Nos. 28, 29).

On July 27, 2016, Shaik filed a Notice of Non-Opposition to Movants' motion, stating, in part, that "[h]aving reviewed the papers submitted by William Tran and Adrian Ybarra, it appears

that [Shaik] is not the most adequate plaintiff." (ECF No. 41.)

On July 28, 2016, Torres filed a Response to Movants' motion, stating, in part, that "Torres does not oppose the motion for appointment filed by movants Adrian Ybarra and William Tran." (ECF No. 43.)

On July 28, 2016, Strowbridge filed a Notice of Withdrawal of his motion, stating, in part, that "[b]ased upon a review of the motions and supporting documentation provided by the other movants seeking appointment as Lead Plaintiff, it appears that Strowbridge does not possess the 'largest financial interest in the relief sought by the class,' as required by the Private Securities Litigation Reform Act of 1995." (ECF No. 44.)

On August 4, 2016, Torres filed a Notice of Withdrawal of his motion, stating, in part, that "Torres does not oppose the motion for appointment as lead plaintiff filed by movants Adrian Ybarra and William Tran." (ECF No. 46.)

As such, Movants' Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Counsel is unopposed.

Based on the facts presented above and on the factual and legal reasons presented in Movants' initial Motion, Movants' respectfully request that the Court issue an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C.§78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Movants as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired securities of Code Rebel during the Class Period; (2) approving Lead Plaintiff's selection of Pomerantz and Rosen as Co-Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Dated: September 16, 2016   Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II

2

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
　　　　ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Phillip Kim
275 Madison Avenue, 34th Floor
New York, New York  10016
Telephone:  (212) 686-1060
Facsimile:  (212) 202-3827
Email:  lrosen@rosenlegal.com
　　　　pkim@rosenlegal.com

*Counsel for Movants and*
*Proposed Co-Lead Counsel for the Class*

**GOLDBERG LAW PC**
Michael Goldberg
Brian Schall
1999 Avenue of the Stars
Suite 1100
Los Angeles, California 90067
Telephone: 1-800-977-7401
Fax: 1-800-536-0065
Email:  michael@goldberglawpc.com
　　　　brian@goldberglawpc.com

*Additional Counsel for Movants*