AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Robert Springer | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-cv-3492-AJN |
| Code Rebel Corporation, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead plaintiff movants, William Tran and Adrian Ybarra.

Date: 09/20/2016

/s/ Justin S. Nematzadeh
*Attorney's signature*

Justin S. Nematzadeh (JN2896)
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016

*Address*

jnematzadeh@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*