The Rosen Law Firm
INVESTOR COUNSEL

Phillip Kim, Esq.
pkim@rosenlegal.com

June 13, 2017

**VIA ECF**

Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Robert Springer, et al., v. Code Rebel Corporation, et al.,* Case No. 16-cv-3492 (AJN)

Your Honor:

We are Co-Lead Counsel in the above action. We write to notify the Court that Lead Plaintiffs, Defendants Arben Kryeziu n/k/a Arben Kane and Reid Dabney (the "Individual Defendants"), Chapter 7 Trustee for the Code Rebel Bankruptcy Proceeding and certain former officers and directors of Code Rebel (collectively, the "Parties") have entered into a settlement agreement.[1] As such, we request that the Court lift the stay for filing of the amended complaint[2] and the motion for preliminary approval of the proposed settlement and accompanying papers.[3] The Individual Defendants and Trustee consent to this request.

On March 2, 2017, the Court stayed this action for 60 days to provide the Individual Defendants the opportunity to seek an order from the Bankruptcy Court addressing the scope of the automatic stay. *See* Dkt. No. 53. The Court provided that Lead Plaintiffs may write a letter to this Court in 60 days to request lifting of the stay in the event such order was not sought. *Id*.

On or about May 16, 2017, the Parties entered into a settlement agreement to resolve this action for $1.3 million in cash. *See* Exhibit 1. As part of the proposed settlement, Lead Plaintiffs have agreed to amend the complaint. *Id*. On June 9, 2017, the Bankruptcy Court approved the Trustee's motion for of settlement with former directors and officers of Code Rebel and certain plaintiffs.[4] In light of the proposed settlement, Lead Plaintiffs seek the lifting to the stay and entry of the

[1] Attached as Exhibit 1.
[2] Attached as Exhibit 2.
[3] Attached as Exhibit 3.
[4] Attached as Exhibit 4.



THE ROSEN LAW FIRM, P.A. 275 MADISON AVENUE, 34TH FLOOR NEW YORK, NY 10016 TEL: (212) 686-1060 FAX: (212) 202 - 3827

attached settlement agreement, amended complaint and motion for preliminary approval of the proposed settlement to effectuate the resolution of this action.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Phillip Kim
Phillip Kim, Esq.

cc: All counsel of record (via ECF)



THE ROSEN LAW FIRM, P.A. 275 MADISON AVENUE, 34TH FLOOR NEW YORK, NY 10016 TEL: (212) 686-1060 FAX: (212) 202 - 3827