UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SPRINGER, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>CODE REBEL CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No. 16-cv-3492 (AJN) |

**NOTICE OF LEAD PLAINTIFFS' MOTION (1) FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, (2) FOR APPROVAL OF THE FORM AND MANNER OF NOTICE, AND (3) TO SCHEDULE A HEARING ON FINAL APPROVAL OF THE SETTLEMENT AND ON PLAINTIFFS' COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Phillip Kim and the exhibits attached thereto; the accompanying Memorandum of Law; and all other papers and proceedings herein, the undersigned will move this Court, at the courthouse at 40 Foley Square, New York, NY, on a date and time designated by the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order (i) preliminarily approving the proposed settlement of this action, (ii) approving the form and manner of notice, and (iii) scheduling a hearing on final approval of the Settlement and on Plaintiffs' Counsel's application for an award of attorneys' fees and expenses; and for such other and further relief as the Court deems proper and just. A copy of the Parties' agreed-upon Proposed Order Preliminarily Approving Settlement, Directing Notice to Class Members, and Setting Hearing for Final Approval of Settlement is attached as Exhibit A to the Settlement Agreement and Release dated May 12, 2017 filed contemporaneously herewith.

Dated:  June 26, 2017                         /s/ Phillip Kim
                                              Phillip Kim
                                              Laurence M. Rosen
                                              THE ROSEN LAW FIRM, P.A.
                                              275 Madison Avenue, 34th Floor
                                              New York, NY 10016
                                              Tel: (212) 686-1060
                                              Email: pkim@rosenlegal.com
                                                     lrosen@rosenlegal.com

                                              Jeremy A. Lieberman
                                              Joseph A. Hood, II
                                              Justin S. Nematzadeh
                                              POMERANTZ LLP
                                              600 Third Avenue, 20th Floor
                                              New York, NY 10016
                                              Tel: (212) 661-8665
                                              Email: jalieberman@pomlaw.com
                                                     ahood@pomlaw.com

                                              *Co-Lead Counsel*

                                              Michael Goldberg
                                              Brian Schall
                                              GOLDBERG LAW PC
                                              1999 Avenue of the Stars, Suite 1100
                                              Los Angeles, California 90067
                                              Tel: (800) 977-7401

                                              *Additional counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2017, I caused a true and correct copy of the foregoing document to be served via email upon the parties and counsel listed below:

Mark E. Felger
COZEN O'CONNOR
1201 North Market Street
Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2000
mfelger@cozen.com

*Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee for Code Rebel Corporation*

Felix J. Gilman
AXINN VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Tel: (212) 728-2234
fgilman@axinn.com

*Counsel for Defendants Volodymyr Bykov, James Canton and David Dwelle*

/s/ Phillip Kim