UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 0 4 2017
```

Robert Springer,

                Plaintiff,

–v–

Code Rebel Corporation, et al.,

                Defendants.

16-cv-3492 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Defendants have submitted a letter informing the Court that notice required under 28 U.S.C. § 1715 was sent on November 30, 2017, and that, accordingly, the Court may not grant final approval of the proposed settlement until February 18, 2018. *See* Dkt. No. 79. Given that update, the Court is inclined to adjourn the Fairness Hearing to February 16, 2018, at 10am. The Court would place staff in the courtroom on December 8, 2017, beginning at 10am to further inform any Class Members or observers of the adjournment.

    The Court notes that in the Order granting preliminary approval of the settlement, the Court "reserve[d] the right to adjourn the date of the Fairness Hearing, and any adjournment thereof, without further notice to potential Class Members." Dkt. No. 71 ¶ 32. Nevertheless, by 5pm on December 5, 2017, the parties may submit any letter explaining good cause as to why the Court should not adjourn the Hearing as indicated above.

    SO ORDERED.

Dated: December 4, 2017
       New York, New York

_____
ALISON J. NATHAN
United States District Judge